HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, New York State Bar No. 5342100
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
MICHAEL PATRICK BRAZIL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:18-cr-00157-LJO-SKO |
|---|---|
| *Plaintiff*, | No. 1:06-cr-00061-LJO |
| vs. | **SEALING ORDER** |
| MICHAEL PATRICK BRAZIL, | |
| *Defendant.* | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant Ramon Michael Patrick Brazil's *Emergency Motion for Compassionate Release* shall be redacted as set forth in his *Request to Redact Emergency Motion for Compassionate Release*, and Exhibits A, B, and D, shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   **June 22, 2020**                              /s/ Dale A. Drozd
                                                                UNITED STATES DISTRICT JUDGE